IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gerald Dworkin, D.O.,<br><br>  *Plaintiff,*<br><br>v.<br><br>Liberty Mutual Holding Company, Inc., et al,<br><br>  *Defendants.* | CIVIL ACTION<br>NO. 24-1590 |

## ORDER

**AND NOW**, this 18th day of September 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 8), Plaintiff's Response (ECF No. 9), and Defendants' Reply (ECF No. 10), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claim for wrongful use of civil proceedings is **DISMISSED**. The Clerk of Court shall close this case.

              BY THE COURT:


              ***/s/ Gerald J. Pappert***
              Gerald J. Pappert, J.